IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEPHEN LEE FORBES,            )
                               )
            Petitioner,        )
                               )     1:20CV359
       v.                      )     1:17CR91-1
                               )
UNITED STATES OF AMERICA,      )
                               )
            Respondent.        )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner, a federal prisoner, submitted a Motion to Vacate, Set Aside, or Correct Sentence (Docket Entry 38) pursuant to 28 U.S.C. § 2255. This Motion cannot be further processed for the following reasons:

1. The Motion is not on the proper § 2255 form.

2. Petitioner does not appear to raise any viable claim for relief. He contends that his conviction under 18 U.S.C. § 924(c)(1)(A)(ii) for carrying and using a firearm during an in relation to a crime of violence is invalid under United States v. Davis, ___ U.S. ___, ___, 139 S. Ct. 2319, 2336 (2019), because the predicate for that conviction, interference with commerce by robbery in violation of 18 U.S.C. § 1951(a), is no longer a "crime of violence" as the term is used in § 924(c). However, Petitioner is incorrect. Interference with commerce by robbery remains a crime of violence and a valid predicate for a conviction under § 924(c) following Davis. See United States v. Mathis, 932 F.3d 242, 266 (4th Cir. 2019).

Because of these pleading failures, this particular Motion will be dismissed, but without prejudice to Petitioner promptly filing a new motion properly following the 28

U.S.C. § 2255 forms and correcting the defects of the present Motion.[1]  To further aid Petitioner, the Clerk is instructed to send Petitioner new § 2255 forms and instructions for filing a § 2255 motion, which Petitioner should follow.

IT IS THEREFORE ORDERED that the Clerk is instructed to send Petitioner § 2255 forms and instructions.

IT IS THEREFORE RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Petitioner promptly filing a corrected motion on the proper § 2255 forms.

This, the 27th day of April, 2020.

                        /s/ L. Patrick Auld
                          **L. Patrick Auld**
                    **United States Magistrate Judge**

---

[1] To the extent there are any issues regarding the running of the statute of limitations in this case, the parties can litigate those issues following any refiling by Petitioner.

-2-

Case 1:17-cr-00091-WO   Document 39   Filed 04/27/20   Page 2 of 2