```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

STEPHEN LEE FORBES,           )
                              )
          Petitioner,         )
                              )      1:20CV359
     v.                       )      1:17CR91-1
                              )
UNITED STATES OF AMERICA,     )
                              )
          Respondent.         )
```

## ORDER

This matter is before this court for review of the Recommendation filed on April 27, 2020, of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 39.) In the Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice to Petitioner promptly filing a corrected motion on the proper § 2255 forms. The Recommendation was served on the parties in this action on April 27, 2020. (Doc. 40.) On May 8, 2020, Petitioner filed timely objections, (Doc. 41), to the Recommendation. That same day, Petitioner filed a corrected motion on the § 2255 form. (Doc. 42.)

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or

modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 39), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, (Doc. 38), is dismissed without prejudice to Petitioner filing a corrected motion, on the proper § 2255 forms, correcting the defects set out in the Order and Recommendation. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 24th day of September, 2020.

/s/ William L. Osteen, Jr.
United States District Judge